COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MVT SERVICES, LLC, and JUAN GARCIA, | § | No. 08-23-00181-CV |
| Appellants, | § | Appeal from |
| v. | § | 448th Judicial District Court |
| ERIKA ROBLES, INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF ORLANDO ROBLES, and AS NEXT FRIEND OF K.R.; MARIA CASTILLO; ELAINNA ROBLES; ATHENA SCHMIDT; MELINA ROBLES; BYANCA SANTOS; and PAULINA MERINO ON BEHALF OF O.R.R., | § § | of El Paso County, Texas (TC# 2022DCV0350) |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF JUNE 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.